# INVOICE

## NINTH COURT OF APPEALS

09-17-00468-CV

**Alfonso Vega**

**v.**

**Vondia Vega**

No. 17-04-04179-CV IN 418TH DISTRICT COURT, MONTGOMERY COUNTY

| TYPE OF FEE | CHARGES | STATUS | BY |
|---|---|---|---|
| Filing | $205.00 | NOT PAID | JOHN M. MCDERMOTT |

**Balance of costs owing to the Ninth Court of Appeals, Beaumont, Texas:  $205.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CAROL ANNE HARLEY,** CLERK OF THE NINTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE NINTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Ninth District of Texas, this December 12, 2017.

**CAROL ANNE HARLEY**
**CLERK OF THE COURT**

**PLEASE MAKE PAYMENT THROUGH http://efiletexas.gov**
**or**
**by mail:   NINTH COURT OF APPEALS**
           **1001 PEARL STREET, SUITE 330**
           **BEAUMONT, TEXAS 77701**